**UNITED STATES of America,
Plaintiff–Appellee,**

**v.**

**Eduardo CRUZ–CASTILLO, aka
Everardo Cruz–Castillo,
Defendant–Appellant.**

**No. 09–10177.**

United States Court of Appeals,
Ninth Circuit.

Submitted April 5, 2010.*

Filed April 21, 2010.

Brent Landis, U.S. Attorney's Office, Phoenix, AZ, for Plaintiff–Appellee.

Everardo Cruz–Castillo, Lovejoy, GA Adrian Paulino Fontes, The Law Offices of Adrian P. Fontes, Phoenix, AZ, for Defendant–Appellant.

Eduardo Cruz–Castillo, pro se.

Before: RYMER, MCKEOWN, and PAEZ, Circuit Judges.

### MEMORANDUM **

Eduardo Cruz–Castillo appeals from his guilty-plea conviction and 24–month sentence for illegal re-entry after deportation, in violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Cruz–Castillo's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant with the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED,** the district court's judgment is **AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

